```
                                    FILED
                              March 13, 2008
                        CLERK, U.S. BANKRUPTCY COURT
                        EASTERN DISTRICT OF CALIFORNIA

                              0001121144
```

# RELIEF FROM STAY INFORMATION SHEET

## * * * * SEE IMPORTANT INSTRUCTIONS ON REVERSE * * * *
*PLEASE COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION*

**DEBTOR: <u>Jesus Santana and Elizabeth A. Santana</u>CASE NO.<u>08-21060-C-7M</u>**

**MOVANT: <u>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for HSBC MORTGAGE SERVICES</u>
DC NO.   <u>KAT-1</u>**

**HEARING DATE/TIME:   <u>4/1/2008 at   9:30 am</u>**

**RELIEF IS SOUGHT AS TO (X) REAL PROPERTY ( ) PERSONAL PROPERTY ( ) STATE COURT LITIGATION**

1. Address OR description of property or state court action <u>831 West Tokay Street, Lodi, CA 95240</u>

2. Movant's trust deed is a (X) 1st ( ) 2nd ( )3rd ( ) Other: _____
   OR
   Leased property  is ( ) Residential  ( ) Non-residential      Term:  ( ) Month-to-Month  ( ) Other

3. Verified appraisal filed? ___N/A_____   Movant's valuation of property:  $_____334,950.00_____   | FOR COURT USE ONLY

4. The following amounts are presently owing to Movant for:

| PRINCIPAL | INTEREST | ARREARS/COSTS | TOTAL |
|---|---|---|---|
| $361,000.00 | \ | $ 23,887.10 | $ 384,887.10 |

5. State identity, rank, and balance owing to other known lien holders.  Use additional page if necessary:

   _____ $_____
   _____ $_____
   _____ $_____

**FOR COURT USE ONLY**
Note date:_____
Note amount:_____
Note payment:_____

TOTAL ALL LIENS    $   384,887.10

DEBTOR'S EQUITY    $   (49,937.10)

6. Monthly payment is $ 3,185.64 , of which $_____ is for impound account.  Monthly late charge is $_____.
7. The last payment by debtor was received on _06/01/07___ and was applied to the payment due _06/01/2007_.
8. Number/Amount of payments past due:  (a) Pre-petition 8   $22,461.96 (b) Post-petition _____
9. Notice of Default was recorded on _____10/16/2007_____.  Notice of sale published on _____N/A_____.
10. Grounds for seeking relief (check as applicable):  (X) Cause  (X) Inadequate protection  (X) Lack of equity  ( ) Lack of insurance  ( ) Bad faith ( ) Other _____
11. For each ground checked above furnish a brief supporting statement in the space below:

***Debtors have failed to make regular monthly mortgage payments for the months of <u>07/01/07 - 02/01/08</u>.The subject property is to be surrendered. Further, after deducting all liens, there is no equity in the property.***

## INSTRUCTIONS

**TO EXPEDITE THE HANDLING OF MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY, THE INFORMATION SHEET ON THE REVERSE SHALL BE COMPLETED BY THE MOVING PARTY PURSUANT TO THE INSTRUCTIONS BELOW. *EXCEPT FOR UNUSUAL CIRCUMSTANCES, MOTIONS FOR RELIEF FROM STAY WILL NOT BE CONSIDERED BY THE COURT UNTIL A PROPERLY COMPLETED RELIEF FROM STAY INFORMATION SHEET FORM IS FILED AND SERVED BY THE MOVING PARTY.***

1. **WITH YOUR MOVING PAPERS, FILE TWO PALE YELLOW[1] COPIES OF THIS COMPLETED INFORMATION SHEET AS SEPARATE DOCUMENTS. *FAILURE TO COMPLY WITH THIS REQUIREMENT CAN RESULT IN DENIAL OF THE MOTION OR A CONTINUANCE OF THE HEARING.***

2. **ITEMIZE ANY "COSTS" ENTERED ON THE INFORMATION SHEET IN THE DECLARATION FILED IN SUPPORT OF THE MOTION, WITH PRE-PETITION AND POST-PETITION COSTS SEPARATELY GROUPED.**

3. **IF THE MOVING PARTY IS SEEKING RELIEF FROM STAY TO PURSUE A STATE COURT ACTION, A BRIEF DESCRIPTION OF THE NATURE OF THE STATE COURT ACTION SHALL BE SET FORTH IN THE SPACE PROVIDED FOR ITEM 11.**

---

Please **do not use** goldenrod paper as that color does not result in a quality image when scanned in the Court's Electronic Case Files (ECF) System accessible at www.caeb.uscourts.gov.

EDC Form 3-468 Revised 3/27/01

File No. 08-5730 Case No. 08-21060-C-7M
Relief From Stay Information Sheet